## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**WILLIE C. FORTUNE**
Reg #19866-045                                                                                    **PLAINTIFF**

V.                                           2:10CV00177 JMM

**T.C. OUTLAW**                                                                                  **DEFENDANT**

## ORDER

The Clerk is directed to re-send the Report and Recommendations of United States Magistrate Judge H. David Young (Docket # 8) to the Plaintiff at his new address in Ayer, Massachusetts. The Plaintiff will have fourteen (14) days from the date of this Order to file objections to the Report and Recommendations.

IT IS SO ORDERED this 28th day of December, 2010.

James M. Moody
United States District Judge