# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

WILLIE C. FORTUNE

REG #19866-045                                                                                              PETITIONER

2:10CV00177 JMM

T.C. OUTLAW                                                                                                  RESPONDENT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE